# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: ) Case No.: 15-51561

Johnathon Harvey ) Judge: mgd

) Chapter: 7

Debtor(s)

## Motion to Reopen case

To: "_" ... I ask and pray for you to reopen my case so i caste add creditors that wasnt added before to the case previously the recently contacted me ask to be added in order for them to discharge I ask that the honorable please accept my motion to reopen so that the creditors can discharge my debts with them. please your honor grant them so that they wont ruin my credit.

Dated: 8/15/16

Signature: [signed]

Printed Name: Johnathon Harvey

Address: P.o Box 361848
Decatur GA 30036

Phone: 678 400-5369

[Clerk stamp: FILED U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA 2016 AUG 15 PM 2:45 M. REGINA THOMAS CLERK BY [signature] DEPUTY CLERK]

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Johnathan Harvey )   Case No: 15-51561
                        )
                        )   Chapter 7
                        )
                        )
       Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 15 day of August, 2016, I served a copy of

Motion to reopen case

which was filed in this bankruptcy matter on the 15 day of August, 2016.

Mode of service (check one):    ◯ MAILED    ◯ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

dale R.f Goodman
Suite 200
1303 Hightower trail
Atlanta GA 30350

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 8/15/16           Signature: [signed]

                         Printed Name: Johnathan Harvey

                         Address: P.O Box 361848
                                  decatur GA 30036

                         Phone: 678 600-5369

(Generic Certificate of Service – Revised 4/13)